(No. 5503-)

EDWARD P. ALLISON COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed December 18, 1969.*

EDWARD P. ALLISON COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

BOOKWALTER, J.